UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER XIII |
| | : | |
| DIVIA D. HAIRSTON | : | 1:22-00075 |
|     Debtors | : | |

| | | |
|---|---|---|
| M & T BANK | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| DIVIA D. HAIRSTON | : | |
|     Debtor | : | |
| | : | |
| MITCHELL THOMAS | : | |
| TERESA SMITH, | : | |
|     Co-Debtors | : | |
| And | : | |
| JACK N. ZAHAROPOULOS, | : | |
|     Trustee | : | |

## **ANSWER TO MOTION FOR RELIEF**

NOW COMES the Debtor, DIVIA D. HAIRSTON, by and through her attorney, Charles E. Petrie, and respectfully answers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted. Debtor has made or will make all outstanding post-petition payments.

7. Denied. Debtor has made or will make all outstanding post-petition payments.

8. Denied. It is denied that Movant is entitled to relief from the automatic stay.

9. Denied. It is denied that Movant is entitle to reimbursement of legal fees and costs associated with this action.

10. No responsive pleading required.

WHEREFORE, Debtor respectfully requests that Your Honorable Court dismiss Movant's Motion for Relief.

/s/ Charles E. Petrie  
CHARLES E. PETRIE  
3528 Brisban Street  
Harrisburg, PA 17111  
(717) 561-1939  
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER XIII |
| | : | |
| DIVIA D. HAIRSTON | : | 1:22-00075 |
|     Debtors | : | |

___

| | |
|---|---|
| M & T BANK | : |
|     Movant | : |
| | : |
| vs. | : |
| | : |
| DIVIA D. HAIRSTON | : |
|     Debtor | : |
| | : |
| MITCHELL THOMAS | : |
| TERESA SMITH, | : |
|     Co-Debtors | : |
| And | : |
| JACK N. ZAHAROPOULOS, | : |
|     Trustee | : |

# CERTIFICATE OF SERVICE

I, CHARLES E. PETRIE, ESQUIRE, do hereby certify that on this date, I served a true and correct copy of the within Answer, in the above-captioned matter upon the following individual(s), by United States first-class mail, postage prepaid, addressed as follows, or by electronic means:

REBECCA A. SOLARZ ESQUIRE
KML LAW GROUP OC
BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET SUITE 5000
PHILADELPHIA, PA 19106

JACK N. ZAHAROPOULOS, ESQUIRE, TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036

DATE: 04/22/2022                   /s/ Charles E. Petrie
                                                         CHARLES E. PETRIE
                                                         3528 Brisban Street
                                                         Harrisburg, PA 17111
                                                         (717) 561-1939
                                                         Attorney for Debtor
                                                         ID# 29029