United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 22-00075-HWV
Divia D Hairston  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Oct 13, 2022  Form ID: ordsmiss  Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Divia D Hairston, 3227 Wayne Street, Harrisburg, PA 17111-1316 |
| 5455859 | | CITIZENS ONE HOME LOANS, PO BOX 2800, GLEN ALLEN, VA 23058-2800 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5455858 | + | Email/Text: petriebkcy@aol.com | Oct 13 2022 18:47:00 | CHARLES E. PETRIE, 3528 BRISBAN STREET, HARRISBURG, PA 17111-1803 |
| 5456023 | | EDI: DIRECTV.COM | Oct 13 2022 22:53:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5455860 | ^ | MEBN | Oct 13 2022 18:44:37 | KML LAW GROUP PC, 701 MARKET STREET STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5459080 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 18:48:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5455861 | | Email/Text: camanagement@mtb.com | Oct 13 2022 18:47:00 | M & T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 5460667 | | Email/Text: camanagement@mtb.com | Oct 13 2022 18:47:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5463622 | | EDI: PRA.COM | Oct 13 2022 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5455862 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 13 2022 18:47:00 | WESTLAKE FINANCIAL SVCES, 4751 WILSHIRE BLVD #100, LOS ANGELES, CA 90010-3847 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2022　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Charles E. Petrie | on behalf of Debtor 1 Divia D Hairston petriebkcy@aol.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

In re:

| | |
|---|---|
| Divia D Hairston, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:22−bk−00075−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 13, 2022

ordsmiss (05/18)